IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANNETTE HORNSBY,

    Plaintiff,

v.

LITTON LOAN SERVICING, ET AL.,

    Defendants.

No. C 10-04928 JSW

**ORDER TO SHOW CAUSE**

On October 29, 2010, Plaintiff Annette Hornsby, appearing pro se, filed a complaint alleging fraud and misrepresentation and asserting claims to quiet title, declaratory relief, injunctive relief and damages. Defendants Litton Loan Servicing, LP and Deutsche Bank National Trust Company as Trustee for GSAMP Mortgage Loan Trust 2004-NC1 have filed a motion to dismiss each cause of action in the Complaint. Plaintiff's opposition brief or statement of non-opposition was due by February 18, 2011. Plaintiff has not filed any opposition or response to the motion to dismiss.

Plaintiff Annette Hornsby is HEREBY ORDERED TO SHOW CAUSE in writing, by March 31, 2011, why the motion to dismiss pending against her should not be granted in light of Plaintiff's failure to file a timely opposition or statement of non-opposition. Plaintiff's failure to file a response to this show cause Order by the above date will result in a dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

\\

\\

In light of the foregoing, the March 11, 2011 hearing on Defendants' motion to dismiss is VACATED. Furthermore, the Case Management Conference set for March 25, 2011 is VACATED. The hearing(s) will be reset by the Court in a separate order if necessary.

**IT IS SO ORDERED.**

Dated: March 9, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE