IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE HORNSBY,<br><br>    Plaintiff,<br><br>  v.<br><br>LITTON LOAN SERVICING, ET AL.,<br><br>    Defendants.<br>_____/ | No. C 10-04928 JSW<br><br>**SECOND ORDER TO SHOW CAUSE** |

Defendants Litton Loan Servicing, LP and Deutsche Bank National Trust Company as Trustee for GSAMP Mortgage Loan Trust 2004-NC1 have filed a motion to dismiss each cause of action in the Complaint and noticed it to be heard on June 17, 2011. Plaintiff's opposition brief or statement of non-opposition was due by May 27, 2011. Plaintiff has not filed any opposition or response to the motion to dismiss.

Plaintiff Annette Hornsby is HEREBY ORDERED TO SHOW CAUSE ("OSC") in writing, by **June 21, 2010**, why the pending motion to dismiss should not be granted in light of her failure to file a timely opposition or statement of non-opposition. If Plaintiff seeks to file a substantive response to Defendants' motion, Plaintiff must demonstrate good cause for failing to file her opposition brief in a timely fashion. In her response to this OSC, Plaintiff is also directed to show cause why this case should not be dismissed for failure to prosecute. Plaintiff is admonished that her failure to respond this Order by **June 21, 2011**, will result in a dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

In light of the foregoing, the June 17, 2011 hearing on Defendants' motion to dismiss is VACATED. The hearing will be reset by the Court in a separate order if necessary.

**IT IS SO ORDERED.**

Dated: June 10, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

<div style="text-align:left; float:left;">**United States District Court**
For the Northern District of California</div>

| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | FOR THE |
| | NORTHERN DISTRICT OF CALIFORNIA |

ANNETTE HORNSBY,

    Plaintiff,

  v.

LITTON LOAN SERVICING et al,

    Defendant.
                                                                /

Case Number: CV10-04928 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 10, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Annette Hornsby
2319 Benington Drive
Vallejo, CA 94591

Dated: June 10, 2011

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk